[Civil No. 4205. Filed June 17, 1940.]

[103 Pac. (2d) 669.]

VAIL INVESTMENT COMPANY, a Corporation, Appellant, v. KENNETH S. SCOVILLE, Administrator De Bonis Non of the Estate of CARRIE VAIL, Deceased, Appellee.

Messrs. Conner & Jones, Mr. Tom K. Richey and Paul J. Cella, for Appellant.

Messrs. Moore & Romley, for Appellee.

PER CURIAM.—The facts and the principles of law applicable to this appeal are set forth and discussed in the case of *Scoville* v. *Vail Investment Co., ante,* p. 486, 103 Pac. (2d) 662.

For the reasons set forth therein, the judgment appealed from in the present case is affirmed.

ROSS, C. J., and LOCKWOOD and McALISTER, JJ., concur.